IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RALPH LINGO,                )<br>                             )<br>    Plaintiff,              )<br>                             )    CIVIL ACTION NO.<br>    v.                       )      2:15cv583-MHT<br>                             )           (WO)<br>CORIZON HEALTH CARE, INC.,   )<br>et al.,                      )<br>                             )<br>    Defendants.              ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit challenging defendants' alleged denial of appropriate pain medication for an injury he suffered.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for leave to proceed in forma pauperis be denied and that this case be dismissed without prejudice for plaintiff's failure to pay the filing and administrative fees upon his initiation of this case.  There are no objections to

the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 11th day of September, 2015.

                                   /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE